UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____22-mj-04151-AOR_____

UNITED STATES OF AMERICA

vs.

FELIX ALBERTO RAMON-PASCAL,
OSWALDO GONZALEZ, and
ORANGEL MANUEL DE MORAL-PEREZ,

       Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes   ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes   ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____
Michele Vigilance
Assistant United States Attorney
Southern District of Florida
Court No. 5502091
99 Northeast 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: 305.961.9387
E-mail: Michele.Vigilance@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 22-mj-04151-AOR |
| FELIX ALBERTO RAMON-PASCAL, OSWALDO GONZALEZ, and ORANGEL MANUEL DE MORAL-PEREZ, | ) ) ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 16, 2022 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Alec M. Sanchez, Special Agent, DEA
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  FAce Time

Date: 12/15/22

*Judge's signature*

City and state: Miami, Florida      Honorable Alicia M. Otazo-Reyes, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Alec M. Sanchez, being duly sworn, hereby depose and state the following:

1. I am employed as a Drug Enforcement Administration (DEA) Special Agent since 2018. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **FELIX ALBERTO RAMON-PASCAL, OSWALDO GONZALEZ, and ORANGEL MANUEL DE MORAL PEREZ** for conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a) (1) and 70506(b).

3. On or about November 29, 2022, the CGC FORWARD detected a go-fast vessel ("GFV") operating approximately 57 nautical miles South of Isla Beata, DR. in international waters. The GFV had three persons on board, two outboard motors, fuel barrels and packages

visible on deck, no visible indicia of nationality, all consistent with maritime drug smuggling. District 7 issued a Statement of No Objection (SNO) to CGC FORWARD to conduct a right of visit (ROV) boarding and to stop a non-compliant vessel using the minimum force necessary to compel compliance, up to and including warning shots and disabling fire (steps II and IV), on a profile GFV reasonably suspected of drug smuggling, located in international waters, and displaying no indicia of nationality. The CGC FORWARD launched their helicopter MH-65 HITRON (CG- 6529) and over-the-horizon (OTH) boat with boarding team (BT) embarked to interdict. When in the vicinity of the GFV, the GFV began jettisoning packages into the water before coming dead in the water (DIW). The Boarding Team (BT) arrived on scene and gained positive control of the vessel. While conducting ROV questioning, one individual was identified as the person-in-charge (PIC) and made a verbal claim of Venezuelan nationality for the vessel. PIC (**FELIX ALBERTO RAMON-PASCAL**) claimed Dominican Republic nationality for himself.

4. District 7 commenced the modified Article 17 process with the Government of Venezuela (VZ) to confirm nationality of the vessel. District 7 granted an SNO to enact the US/VZ Diplomatic Note. The BT commenced a full law enforcement boarding under presumptive flag state authority. The BT conducted 02 NIK tests which yielded positive results for presumptive cocaine. District 7 granted an SNO to treat the 03 POB as detainees. While waiting for the sea state to improve and finish the boarding, a detainee verbally stated additional contraband was concealed inside the vessel void with a nailed cover. The BT conducted minimally intrusive search of the space and discovered 17 bales inside the void. The BT achieved 100% at sea space accountability (ASSA). A total of 20 bales were seized with an estimated at sea weight of 582 kilograms.

5. The Government of Venezuela could neither confirm nor deny registry of the

vessel. District 7 granted an SNO to Treat the Vessel as One Without Nationality (TWON) and enforce U.S. law. District 7 granted boarding complete and granted an SNO to destroy the vessel as a hazard to navigation (HAZNAV) due to no suitable tow points, no navigation lights, and distance to land.

6. Based on the foregoing facts, I submit that probable cause exists to believe that **FELIX ALBERTO RAMON-PASCAL, OSWALDO GONZALEZ, and ORANGEL MANUEL DE MORAL PEREZ** conspired to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**.

_____
ALEC M. SANCHEZ
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Attested by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__ this __15th__ day of December 2022.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-mj-04151-AOR

## BOND RECOMMENDATION

DEFENDANT: FELIX ALBERTO RAMON-PASCAL

$250K CSB with Nebbia & right to revisit
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Michele Vigilance*
AUSA:  Michele S. Vigilance

Last Known Address: _____

What Facility:  FDC - Miami
33 NE 4th Street, Miami, Fl.

Agent(s):  Alec Sanchez (DEA)
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-mj-04151-AOR

## BOND RECOMMENDATION

DEFENDANT: OSWALDO GONZALEZ

$250K CSB with Nebbia & right to revisit

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Michele Vigilance*
AUSA: Michele S. Vigilance

Last Known Address: _____

What Facility: FDC - Miami

33 NE 4th Street, Miami, Fl.

Agent(s): Alec Sanchez (DEA)

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: <u>22-mj-04151-AOR</u>

## BOND RECOMMENDATION

DEFENDANT: <u>ORANGEL MANUEL DE MORAL-PEREZ</u>

<u>$250K CSB with Nebbia & right to revisit</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Michele Vigilance*
AUSA: Michele S. Vigilance

Last Known Address: _____

What Facility: FDC - Miami
33 NE 4th Street, Miami, Fl.

Agent(s): Alec Sanchez (DEA)
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)